THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MJB INVESTMENTS, LLC, | CASE NO. C24-0757-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SIGNATURE FLIGHT SUPPORT, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave to file a third-party complaint and to stay the initial case management deadlines. (*See* Dkt. No. 9.) Finding good cause, the motion is GRANTED. Defendant may file its third-party complaint against Atomic Helicopters, LLC. The Court further STAYS the deadlines for the Rule 26(f) conference, initial disclosures, combined joint status report, and discovery until after the third-party complaint is served. The parties shall confer and propose new dates for these deadlines after service of the third-party complaint.

//

//

//

MINUTE ORDER
C24-0757-JCC
PAGE - 1

1   DATED this 3rd day of July 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER
C24-0757-JCC
PAGE - 2