THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MJB INVESTMENTS, LLC, | CASE NO. C24-0757-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SIGNATURE FLIGHT SUPPORT, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to lift the stay and reset the initial case management deadlines (Dkt. No. 13). Defendant does not oppose. (*See generally* Dkt. No. 16.) The Court previously stayed this case pending service of a third-party complaint against Atomic Helicopters, LLC. (*See generally* Dkt. No. 10.) Service has now been completed. (*See generally* Dkt. No. 14.) Accordingly, the stay is LIFTED.

Based on the parties' proposal, the Court sets the following initial case management deadlines:

- FRCP 26(f) Conference: 12/10/2024
- Initial Disclosures: 12/17/2024
- Joint Status Report: 12/23/2024

MINUTE ORDER
C24-0757-JCC
PAGE - 1

DATED this 30th day of October 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0757-JCC
PAGE - 2