THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MJB INVESTMENTS, LLC, | CASE NO. C24-0757-JCC |
| Plaintiff, | ORDER |
| v. | |
| SIGNATURE FLIGHT SUPPORT, LLC, | |
| Defendant. | |
| SIGNATURE FLIGHT SUPPORT, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| ATOMIC HELICOPTERS, LLC, | |
| Third-Party Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 57), following the Court's order reopening discovery and vacating the trial date (Dkt. Nos. 54, 56). Based on the joint status report, the Court resets bench trial to **March 15, 2027**, and establishes the following revised case management deadlines:

ORDER
C24-0757-JCC
PAGE - 1

| Event | Date/Deadline |
|---|---|
| Discovery Cutoff | November 13, 2026 |
| Rule 39.1 Mediation | November 25, 2026 |
| Dispositive Motion Deadline | December 11, 2026 |
| Pretrial Order and Motions *in Limine* | March 2, 2027 |
| Trial Briefs | March 8, 2027 |
| Bench Trial | March 15, 2027 |

DATED this 5th day of March 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

ORDER
C24-0757-JCC
PAGE - 2