THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MJB INVESTMENTS, LLC,<br><br>Plaintiff,<br>v.<br><br>SIGNATURE FLIGHT SUPPORT, LLC,<br><br>Defendant. | CASE NO. C24-0757-JCC<br><br>MINUTE ORDER |
| SIGNATURE FLIGHT SUPPORT, LLC,<br><br>Third-Party Plaintiff,<br>v.<br><br>ATOMIC HELICOPTERS, LLC,<br><br>Third-Party Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On November 9, 2026, the parties counsel[1] appeared telephonically before the Court's law clerk to discuss the timing, location and format for noticed (but not yet completed)

[1] This included Brent Beecher (on Plaintiff's behalf); Robert Bowman, Jennifer Clark and John Murray (on Defendant's behalf); and Michael Barcott (on Third-Party Defendant's behalf).

depositions. The clerk took the parties' requests and arguments, which he provided to the Court.

Based on those requests and arguments, the Court modifies the case management deadlines as follows: the discovery deadline for presently noticed (but not completed) depositions is EXTENDED to December 4, 2026; the Rule 39.1 mediation deadline is EXTENDED to December 11, 2026; and the dispositive motion deadline is EXTENDED to December 18, 2026. All other case management deadlines, (*see* Dkt. No. 58), remain unchanged. Defendant's motion for a protective order (Dkt. No. 63) will be held in abeyance[2] pending the parties' meet and confer regarding these depositions.

DATED this 9th day of November 2026.

Joshua C. Lewis
Clerk of Court

s/Angel Zamora
Deputy Clerk

[2] As such, the LCR 7(d)(2) briefing schedule for the motion is hereby STRICKEN. Defendant shall notify the Court no later than November 20, 2026, as to what issues remain for disposition. Absent such notice, the Court will terminate the motion from further consideration.